

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 23, 2022.**

_Craig A. Gargotta_

_____

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-50515-CAG |
| COLLISION NETWORK, INC. | § | |
| DEBTOR. | § | CHAPTER 11 |

### AGREED ORDER DISMISSING CASE

Came on for consideration the United States Trustee's Motion to Dismiss Case. The Court finds that the Motion has merit and, based on the agreement of the parties, that cause exists to dismiss the above-styled and numbered case pursuant to 11 U.S.C. § 1112(b)(1), and it is therefore

ORDERED that the above-styled and numbered case be, and is hereby, dismissed.

IT IS FURTHER ORDERED that Debtor shall pay the fees owed pursuant to 28 U.S.C. § 1930 and file all reports due pursuant to Rule 2015(a)(5) within 10 days of entry of this order.

IT IS FURTHER ORDERED that Debtor shall not file, and the Clerk of the Court is instructed not to accept, any future bankruptcy petition unless and until all fees due to the Clerk of the Court are paid in full.

### ###

AGREED AND ENTRY REQUESTED BY:

_____
Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, Texas 78230
dean@dwgreerlaw.com

COUNSEL FOR DEBTOR

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7

By: /s/ Shane P. Tobin
    Shane P. Tobin
    Trial Attorney
    CA State Bar No. 317282
    903 San Jacinto Blvd., Room 230
    Austin, Texas 78701
    Telephone: 512/916-5328
    Shane.P.Tobin@usdoj.gov

Order prepared and submitted by: Shane P. Tobin; Office of the U.S. Trustee; 903 San Jacinto Blvd., Rm. 230, Austin, TX 78701